*see ans*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHÉ,                    :
                                   : Civil Action No. 1:CV-01-0326
        Plaintiff                  :
    v.                             :
                                   :
CNA INSURANCE COMPANIES, and       :
CONTINENTAL CASUALTY COMPANY,      :
                                   : JURY TRIAL DEMANDED
        Defendants                 :

FILED
HARRISBURG, PA

APR 2 3 2001

MARY E. D'ANDREA, CLERK
PER_____
       DEPUTY CLERK

ORDER

AND NOW, this 23rd day of april, 2001, upon consideration of plaintiffs' unopposed motion for enlargement of time to file amended complaint, such motion is hereby granted, and plaintiff shall file her amended complaint on or before May 4, 2001.

BY THE COURT:

William W Caldwell
                                                        J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 23, 2001

Re:  1:01-cv-00326     Tesche v. CNA Insurance Compan

True and correct copies of the attached were mailed by the clerk to the following:

>    Bradford Dorrance, Esq.
>    210 Walnut St.
>    P.O. Box 11963
>    Harrisburg, PA  17108-1963
>
>    James A. Young, Esq.
>    Christie, Pabarue, Mortensen and Young
>    1880 J.F.K. Boulevard
>    Tenth Floor
>    Philadelphia, PA  19103
>
>    Michael J. Burns, Esq.
>    1880 JFK Blvd., 10th Floor
>    Phila, PA  19103-3303

```
cc:
Judge                          (X)            ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )    PA Atty Gen ( )
                                       DA of County ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

|  |  |
|---|---|
| | MARY E. D'ANDREA, Clerk |
| DATE: 4/23/01 | BY: _____ Deputy Clerk |