

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN D. TESCHE | : | CIVIL ACTION |
| vs. | : | |
| CNA INSURANCE COMPANIES and<br>CONTINENTAL CASUALTY COMPANY | : | NO. 1:CV-01-0326<br>(William W. Caldwell, J.) |

### STIPULATION

**AND NOW**, on this 16th day of May, 2001, it is hereby **STIPULATED** and **AGREED** by and between the undersigned counsel for all the parties in the above-captioned matter that defendants Continental Casualty Company and CNA Insurance Companies, shall have untill June 1, 2001 to answer plaintiff's Amended Complaint.

CHRISTIE, PABARUE, MORTENSEN
    And YOUNG
A PROFESSIONAL CORPORATION

BY: _____
Michael J. Burns, Esquire
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
**Attorney for Defendants
Continental Casualty Company
And CNA Insurance Companies**

KEEFER WOOD ALLEN
& RAHAL, LLP

BY: _____
Bradford Dorrance
210 Walnut Street
P.O. Box 11963
Harrisburg, PA 17108
**Attorney for Plaintiff
Joan Tesche**

_____
Date: May 21, 2001

FILED
HARRISBURG, PA
MAY 21 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

342498-1

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 21, 2001

Re:  1:01-cv-00326    Tesche v. CNA Insurance Compan

True and correct copies of the attached were mailed by the clerk to the following:

Bradford Dorrance, Esq.
210 Walnut St.
P.O. Box 11963
Harrisburg, PA  17108-1963

James A. Young, Esq.
Christie, Pabarue, Mortensen and Young
1880 J.F.K. Boulevard
Tenth Floor
Philadelphia, PA  19103

Michael J. Burns, Esq.
1880 JFK Blvd., 10th Floor
Phila, PA  19103-3303

```
cc:
Judge                          (/)              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: 5-21-01   BY: /s/ STS
Deputy Clerk