IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE,                        :

    Plaintiff                      :

                                   :

    vs.                            :    CIVIL ACTION NO. 1:CV-01-0326

                                   :

CNA INSURANCE COMPANIES, and           :
CONTINENTAL CASUALTY COMPANY,
    Defendants                     :

FILED
HARRISBURG, PA

JUN 2 5 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

O R D E R

AND NOW, this 25th day of June, 2001, an amended complaint having been filed on May 4, 2001, defendant's motion to dismiss plaintiff's complaint (filed April 2, 1001) (doc. no. 3) is dismissed as moot.

                                                William W. Caldwell
                                                United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 25, 2001

Re:  1:01-cv-00326    Tesche v. CNA Insurance Compan

True and correct copies of the attached were mailed by the clerk
to the following:

    Bradford Dorrance, Esq.
    210 Walnut St.
    P.O. Box 11963
    Harrisburg, PA  17108-1963

    James A. Young, Esq.
    Christie, Pabarue, Mortensen and Young
    1880 J.F.K. Boulevard
    Tenth Floor
    Philadelphia, PA  19103

    Michael J. Burns, Esq.
    1880 JFK Blvd., 10th Floor
    Phila, PA  19103-3303

```
cc:
Judge                          (✓)              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen   ( )
                                       DA of County  ( )   Respondents   ( )
Bankruptcy Court               ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 6/25/41          BY: STB
                           Deputy Clerk