

*phone*   7-3-01 sc

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF CONFERENCE

Joan D. Tesche v.  
CNA Insurance Companies, et al.

CASE NO: 1:CV-01-0326

DATE: July 2, 2001

Hon. William W. Caldwell presiding in chambers in Harrisburg, PA

Nature of Hearing: Case Management Conference

Time Commenced: 9:30 a.m.   Time Terminated: 9:40

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| Bradford Dorrance, Esquire | | ~~James A. Young, Esquire~~ Kerry Dickerman |
| | | ~~Michael J. Burns, Esquire~~ |

FILED
HARRISBURG, PA
JUL 02 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

☑ See Order

REMARKS:

Continue remarks and notes on back.