IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE,                    :
    Plaintiff                  :
                                   :
vs.                                :   CIVIL ACTION NO. 1:CV-01-0326
                                   :
CNA INSURANCE COMPANIES, and       :
CONTINENTAL CASUALTY COMPANY,      :
    Defendants                 :

**FILED**
**HARRISBURG, PA**
JUL 0 3 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

O R D E R

AND NOW, this 3rd day of July, 2001, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a)  Discovery shall be completed by December 3, 2001.  The parties shall identify any expert witnesses and shall provide reports promptly.  Plaintiff's report is due by December 3, 2001, and defendant's report is due by January 3, 2002.  Supplementations, if any, are due by January 22, 2002.  (This case is on the standard track).

    b)  Motions for joinder of parties shall be filed by August 1, 2001.  Motions to amend pleadings shall be filed by August 1, 2001.

    c)  All pre-trial motions shall be filed by December 3, 2001, accompanied by a supporting brief.  All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d)  This case shall be placed on the April, 2002 trial list of this court, scheduling order to follow.  Parties and known witnesses

shall be notified of this schedule immediately, or as soon as identified as such. Litigants should be aware that it is my policy to adhere to the schedule hereby established.  Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

          *William W. Caldwell*
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 3, 2001

Re:  1:01-cv-00326    Tesche v. CNA Insurance Compan

True and correct copies of the attached were mailed by the clerk to the following:

Bradford Dorrance, Esq.
210 Walnut St.
P.O. Box 11963
Harrisburg, PA  17108-1963

James A. Young, Esq.
Christie, Pabarue, Mortensen and Young
1880 J.F.K. Boulevard
Tenth Floor
Philadelphia, PA  19103

Michael J. Burns, Esq.
1880 JFK Blvd., 10th Floor
Phila, PA  19103-3303

```
cc:
Judge                        (✓)              ( ) Pro Se Law Clerk
Magistrate Judge             ( )              ( ) INS
U.S. Marshal                 ( )              ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: 7/3/01                             BY: _____
                                              Deputy Clerk