IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


JOAN D. TESCHÉ,                    :
                                   :  Civil Action No. 1:CV-01-0326
              Plaintiff            :
     v.                            :
                                   :
CNA INSURANCE COMPANIES, and       :
CONTINENTAL CASUALTY COMPANY,      :
                                   :
              Defendants           :  (Judge Caldwell)


## JOINT MOTION TO EXTEND CERTAIN
## PRE-TRIAL DEADLINES


1.   By order dated July 3, 2001, the Honorable William
W. Caldwell established certain pre-trial deadlines including:
discovery (December 3, 2001); plaintiff's and defendants' expert
reports (December 3, 2001 and January 3, 2002, respectively); and
pre-trial motions (December 3, 2001).  Attached as Exhibit "A" is
a copy of Judge Caldwell's July 3, 2001 order.

2.   The parties' undersigned counsel jointly request a
modest extension of the stated deadlines in that:

(a)  this case will be decided on the pleadings, certain stipulated facts, deposition transcripts, and cross motions for summary judgment;

(b)  for approximately seven weeks, plaintiff's counsel has been attempting to schedule the deposition of CNA's representative, Cheryl Sauerhoff, and such deposition was recently scheduled for December 3, 2001;

(c)  the parties are in the process of exploring serious settlement negotiations which would obviate the need for additional litigation and the resultant attorneys' fees and costs;

(d)  if the case is not promptly settled, the parties need a modest extension of time to complete discovery and to file cross motions for summary judgment; and

(e)  the requested extension would increase the chances of either a successful settlement or a prompt disposition by summary judgment.

11/27/2001 16:33 FAX 215587169    CPMY    2155871699    ☑002

11/27/01  14:42    KEEFER WOOD ALLEN & RAHAL, LLP → 215587169    NO.092  P006/008

**WHEREFORE,** the parties' respective counsel respectfully request that the Court enter the order accompanying this motion and grant such other relief as it may deem appropriate.

Respectfully submitted,

KEEFER WOOD ALLEN & RAHAL, LLP

Dated: 11/28/01

Bradford Dorrance
I. D. No. 32147
210 Walnut Street
P. O. Box 11963
Harrisburg, PA  17108-1963
(717) 255-8014

(Attorneys for Plaintiff)

CHRISTIE PARABUE MORTENSEN YOUNG

By:

Date: 11/27/01

Michael J. Burns, Esquire
I. D. No. 62088
1880 JFK Boulevard
10th Floor
Philadelphia, PA  19103-7424
(215) 587-1629

(Attorneys for Defendant)

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE,                    :

          Plaintiff               :

                                   :

          vs.                     :        CIVIL ACTION NO. 1:CV-01-0326

                                   :

CNA INSURANCE COMPANIES, and      :
CONTINENTAL CASUALTY COMPANY,                    **FILED**
          Defendants              :        **HARRISBURG, PA**

                                           JUL 0 3 2001

                O R D E R              MARY E. D'ANDREA, CLERK
                                       PER_____
                                              DEPUTY CLERK

     AND NOW, this 3rd day of July, 2001, in connection

with the case management conference in this matter IT IS ORDERED

THAT:

          a)  Discovery shall be completed by
     December 3, 2001.  The parties shall identify
     any expert witnesses and shall provide reports
     promptly.  Plaintiff's report is due by
     December 3, 2001, and defendant's report is
     due by January 3, 2002.  Supplementations, if
     any, are due by January 22, 2002.  (This case
     is on the standard track).

          b)  Motions for joinder of parties shall be
     filed by August 1, 2001.  Motions to amend
     pleadings shall be filed by August 1, 2001.

          c)  All pre-trial motions shall be filed by
     December 3, 2001, accompanied by a supporting
     brief.  All briefs filed in this case shall
     comply with Local Rule 7.8 and paragraph IV of
     the scheduling order previously entered in
     this case.

          d)  This case shall be placed on the April,
     2002 trial list of this court, scheduling
     order to follow.  Parties and known witnesses

Exhibit "A"

        shall be notified of this schedule
        immediately, or as soon as identified as such.

Litigants should be aware that it is my policy to adhere to the

schedule hereby established.  Continuances of trial and extensions

of the discovery period will be granted only when extraordinary

circumstances arise and application is timely made.

                                    William W. Caldwell
                                    United States District Judge


2

AO 72A
(Rev.8/82)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing document upon the person(s) and in the manner indicated below:

First-Class Mail, Postage Prepaid
Addressed as Follows:

Michael J. Burns, Esquire
CHRISTIE PARABUE MORTENSEN YOUNG
1880 JFK Boulevard
10th Floor
Philadelphia, PA  19103-7424

(Attorneys for Defendants)


Dated: 11/28/01

Bradford Dorrance