IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN D. TESCHÉ, | : | |
| | : | Civil Action No. 1:CV-01-0326 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| CNA INSURANCE COMPANIES, and | : | |
| CONTINENTAL CASUALTY COMPANY, | : | |
| | : | |
| Defendants | : | (Judge Caldwell) |

FILED
HARRISBURG, PA

NOV 29 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

**AMENDED ORDER**

AND NOW, this 29th day of November, 2001, upon consideration of the attached joint motion to extend certain pre-trial deadlines, this Court's July 3, 2001 order is hereby amended as follows (the amendments are identified in bold face type):

(a) Discovery shall be completed by **January 3, 2002**. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by **January 3, 2002**, and defendant's report is due by **February 4, 2002**. Supplementations, if any, are due by **February 25, 2002**.

(b) Motions for joinder of parties shall be filed by August 1, 2001. Motions to amend pleadings shall be filed by August 1, 2001.

(c) All pre-trial motions shall be filed by **January 3, 2002**, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

(d) **If necessary**, this case shall be placed on the April, 2001 trial list of this court, scheduling order to follow. Parties and known witnesses shall be notified of this schedule immediately, or as soon as identified as such.

*William W. Caldwell*
William W. Caldwell
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 29, 2001

Re:  1:01-cv-00326     Tesche v. CNA Insurance Compan

True and correct copies of the attached were mailed by the clerk
to the following:

    Bradford Dorrance, Esq.
    210 Walnut St.
    P.O. Box 11963
    Harrisburg, PA  17108-1963

    James A. Young, Esq.
    Christie, Pabarue, Mortensen and Young
    1880 J.F.K. Boulevard
    Tenth Floor
    Philadelphia, PA  19103

    Michael J. Burns, Esq.
    1880 JFK Blvd., 10th Floor
    Phila, PA  19103-3303

```
cc:
Judge                         (✓)                    ( ) Pro Se Law Clerk
Magistrate Judge              ( )                    ( ) INS
U.S. Marshal                  ( )                    (✓) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 (✓)
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen    ( )   PA Atty Gen   ( )
                                       DA of County   ( )   Respondents   ( )
Bankruptcy Court              ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____    BY: _____
                                     Deputy Clerk