2 to Court
w/prop O.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHÉ,                    :
                                   :   Civil Action No. 1:CV-01-0326
            Plaintiff              :
    v.                             :
                                   :
CNA INSURANCE COMPANIES, and       :
CONTINENTAL CASUALTY COMPANY,      :
                                   :
            Defendants             :   (Judge Caldwell)



FILED
JAN 0 3 2002
PER____
HARRISBURG, PA DEPUTY CLERK

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

    1.    Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Rule 56.1, and related provisions, plaintiff requests summary judgment in her favor and against defendants on Counts I and II of the amended complaint in that:

    (a)    there is no genuine issue as to any material fact; and

    (b)    plaintiff, as moving party, is entitled to judgment as a matter of law.

2. Plaintiff incorporates by reference herein all documents submitted in support of this motion and in opposition to any motion filed by either defendant.

**WHEREFORE**, plaintiff respectfully requests that this Honorable Court enter the accompanying order and grant such other relief as it deems appropriate.

Respectfully submitted,

KEEFER WOOD ALLEN & RAHAL, LLP

Dated: 1/3/02

Bradford Dorrance
I. D. No. 32147
210 Walnut Street
P. O. Box 11963
Harrisburg, PA  17108-1963
(717) 255-8014

(Attorneys for Plaintiff)

2

## CERTIFICATE OF NONCONCURRENCE

I, Bradford Dorrance, counsel for plaintiff, hereby certify that on January 2, 2002, I spoke with Michael J. Burns, counsel for defendants, concerning the relief requested in the foregoing motion, and Mr. Burns indicated that he does not concur in such motion.

Dated: 1/3/02

Bradford Dorrance

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing document upon the person(s) and in the manner indicated below:

<u>First-Class Mail, Postage Prepaid
Addressed as Follows:</u>

Michael J. Burns, Esquire
CHRISTIE PARABUE MORTENSEN YOUNG
1880 JFK Boulevard
10th Floor
Philadelphia, PA  19103-7424

(Attorneys for Defendants)


Dated: 1/3/02                              _____
                                            Bradford Dorrance