See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHÉ,                    :   Civil Action No. 1:CV-01-0326
                                   :
         Plaintiff                 :
     v.                            :
                                   :
CNA INSURANCE COMPANIES, and       :
CONTINENTAL CASUALTY COMPANY,      :
                                   :
         Defendants                :   (Judge Caldwell)

**FILED JAN 15 2002**
HARRISBURG, PA.    DEPUTY CLERK

## ORDER

AND NOW, this 15th day of January, 2002, upon consideration of the parties' joint motion for extension of time to file reply briefs and other documents, such motion is hereby granted, and the parties shall file their reply briefs, responses, and other documents supporting or opposing their pending summary judgments on or before January 28, 2002.

BY THE COURT:

_____
Caldwell, J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 15, 2002

Re:  1:01-cv-00326    Tesche v. CNA Insurance Compan

True and correct copies of the attached were mailed by the clerk
to the following:

    Bradford Dorrance, Esq.
    210 Walnut St.
    P.O. Box 11963
    Harrisburg, PA   17108-1963

    James A. Young, Esq.
    Christie, Pabarue, Mortensen and Young
    1880 J.F.K. Boulevard
    Tenth Floor
    Philadelphia, PA   19103

    Michael J. Burns, Esq.
    1880 JFK Blvd., 10th Floor
    Phila, PA   19103-3303

```
cc:
Judge                          (✓)                    ( ) Pro Se Law Clerk
Magistrate Judge               ( )                    ( ) INS
U.S. Marshal                   ( )                    ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen    ( )
                                         DA of County   ( )    Respondents    ( )
Bankruptcy Court               ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 1/15/02             BY: _____
                                                      Deputy Clerk