IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE,                    :

    Plaintiff                  :

                                   :

vs.                                : CIVIL ACTION NO. 1:CV-01-0326

                                   :

CNA INSURANCE COMPANIES, and       :
CONTINENTAL CASUALTY COMPANY,
    Defendants                 :


O R D E R

AND NOW, this 28th day of March, 2002, it is Ordered that:

    1. Plaintiff's motion for summary judgment, filed, January 3, 2002, (Doc. No. 16), is denied.

    2. Defendants' motion for summary judgment, filed, January 7, 2002, (Doc. No. 21), is granted in part and denied in part.

    3. Count I is dismissed from Plaintiff's amended complaint.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge


FILED
MAR 28 2002
HARRISBURG PA         DEPUTY CLERK