Ct
Ctrm Dpy.

34
4/17/



FILED
APR 1 6 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## MINUTES OF CONFERENCE

CASE NO: 1:CV-01-326

DATE: April 15, 2002

Hon. __William W. Caldwell__ presiding __in chambers__ in __Harrisburg, PA__

Nature of Hearing __Pre Trial Conference__

Time Commenced ~~10:30 a.m.~~ 3 30  Time Terminated 3 40 PM

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| Bradford Dorrance, Esquire | | ~~James A. Young, Esquire~~ |
| | | Michael J. Burns, Esquire |

☐ See Order

REMARKS: Case continued from 4/22/02. Parties to submit order re Pre-trial memos.

Continue remarks and notes on back.