● ORIGINAL ●

2 TO CT 

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN D. TESCHE | : | CIVIL ACTION |
| vs. | : | |
| CNA INSURANCE COMPANIES and CONTINENTAL CASUALTY COMPANY | : | NO. 1:CV-01-0326 (William W. Caldwell, J.) |

FILED
HARRISBURG
APR 17 2002
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

## STIPULATION OF PARTIES

**AND NOW,** this 16th day of April 2002, it is hereby **STIPULATED** and **AGREED** by and between the undersigned counsel for the parties in the above-captioned matter that the time for the filing of the Pre-Trial Memorandum is hereby extended by thirty (30) days, or until, May 16, 2002 in order to permit the parties to narrow the scope of the issues for trial and to consider settlement. All other case management deadlines and the current trial listing are hereby deferred pending the filing of the Pre-Trial Memorandum.

**Keefer Wood Allen & Rahal, LLP**

BY: _____
Bradford Dorrance, Esquire
210 Walnut Street
P.O. Box 11963
Harrisburg, PA 17108-1963
Attorney for Plaintiff

**Christie, Pabarue, Mortensen and Young**
**A Professional Corporation**

BY: _____
Michael J. Burns, Esquire
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
Attorney for Defendant

_____
William W. Caldwell, J.

376341_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document upon the person(s) and in the manner indicated below:

<u>First-Class Mail, Postage Prepaid</u>
<u>Addressed as Follows:</u>

Michael J. Burns, Esquire
CHRISTIE PARABUE MORTENSEN YOUNG
1880 JFK Boulevard
10th Floor
Philadelphia, PA  19103-7424

(Attorneys for Defendants)

Dated: 4/17/02

Bradford Dorrance