IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE,                       :

    Plaintiff                     :

                                  :

vs.                                   :   CIVIL ACTION NO. 1:CV-01-0326

                                  :

CNA INSURANCE COMPANIES, and          :
CONTINENTAL CASUALTY COMPANY,
    Defendants                    :

O R D E R

AND NOW, this 20th day of May, 2002, this matter will be tried by the court beginning on Wednesday, June 12, 2002, at 9:00 a.m. in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

