(40)
6-7-02
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE,                      :

      Plaintiff               :

                        :

      vs.                     :       CIVIL ACTION NO. 1:CV-01-0326

                        :

CNA INSURANCE COMPANIES, and         :
CONTINENTAL CASUALTY COMPANY,
      Defendants               :

**FILED**
HARRISBURG, PA

JUN  7 2002

MARY E. D'ANDREA, CLERK
Per_____

O R D E R

AND NOW, this 7th day of May, 2002, upon consideration
of a joint motion to reschedule trial, it is ORDERED that said
motion is granted.  Trial in this matter is continued from June
12, 2002 to Friday, August 9, 2002, at 9:30 a.m., in Court Room
No. 1, ninth floor, Federal Building, 228 Walnut Street,
Harrisburg, PA.

William W. Caldwell
United States District Judge