IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE,                   :

    Plaintiff              :

                               :
vs.                               :    CIVIL ACTION NO. 1:CV-01-0326
                               :

CNA INSURANCE COMPANIES, and      :
CONTINENTAL CASUALTY COMPANY,
    Defendants             :



O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    This case is scheduled for a non-jury trial on Friday, August 9, 2002.

    On August 2, 2002, Defendants filed a motion and brief seeking to preclude testimony at trial from one Mark Lukas, an expert witness who was first identified by Plaintiff on July 24, 2002.

    A response to the motion from Plaintiff is not anticipated before trial, but in any event it is unlikely the court will rule on the motion prior to August 9, 2002. Because this is a non-jury case, the presentation of witnesses and evidence can be bifurcated.

    Trial shall proceed as scheduled on August 9, 2002. Plaintiff shall not call Mark Lukas to testify until a ruing on Defendants' motion is entered.

AO 72A

If the court permits Mr. Lukas to testify a subsequent date will be set to receive his evidence.

                                              William W. Caldwell
                                              United States District Judge

Date:   August 5, 2002

AO 72A
(Rev 8/82)