# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF TRIAL OR HEARING

(44
8/12/02
JSM

Joan D. Lesche
vs.
CNA Insurance Companies, et al.

CASE NO: CV-01-326
Date: August 9, 2002
1st Day of Trial or Hearing

Hon. William W. Caldwell presiding Hbg, PA in Open Court #1

Nature of Hearing: Non-Jury Trial

Time Commenced 9:25 am        Time Terminated 12:20 pm

**APPEARANCES**

PLAINTIFF:
1) Bradford Dorrance, Esquire

DEFENDANT:
2) Michael J. Burns, Esquire

PLAINTIFF'S WITNESSES:
- Joan D. Lesche — Exam'd 1, Cross Exam'd 2
- Cheryl Sauerhoff — Exam'd 1, Cross

DEFENDANT'S WITNESSES:
- Cheryl Sauerhoff — Exam'd 2, Cross 1

FILED AUG 9 2002
PER JSM
HARRISBURG, PA.
DEPUTY CLERK

REMARKS: Court opens. Counsel present. Counsel waive opening statements and discuss the authenticity of their exhibits. Plaintiff calls witnesses. Ms. Sauerhoff was called by Plaintiff as on cross. Plaintiff moves for a directed verdict and denied orally by the court. Plaintiff rests with the exception of plaintiff's exhibit "A", deposition of Dr. Woolf, which will be filed with the court within the next few weeks. Defense calls witness and rests. Counsel move remaining exhibits into evidence. In chambers conference held to determine how to proceed in this matter pursuant to the

Continue remarks and notes on back.

Deputy Clerk
Ann Guerrisi/Michael
Monica Zaniska   Court Reporter

over →

court's order dated 8/5/02. This matter is continued. Court adjourned.

## WITNESS ACTIVITY LIST

Tesche vs. CNA, et al.
CV-01-326
August 9, 2002
1st day of NJ Trial

| Start | End | ? Time | Side Bars | Dir. | Cross | Redir. | Re-cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:28 | 9:58 | 30 | / | ✓ | | | | 1 | Jan D. Tesche |
| 9:58 | 10:09 | 11 | / | | ✓ | | | 2 | " " |
| 10:23 | 10:26 | 3 | / | | | ✓ | | 1 | " " |
| 10:26 | 11:08 | 38 | / | ✓ | | | | 1 | Cheryl Sauerhoff |
| 11:27 | 11:50 | 23 | / | ✓ | | | | 2 | Cheryl Sauerhoff |
| 11:50 | 12:16 | 26 | / | | ✓ | | | 1 | " " |
| 12:16 | 12:18 | 2 | / | | | ✓ | | 2 | " " |

①