45
8/12/02
ASM

JUDGE Caldwell

# Joint EXHIBIT LIST

Tesche vs. CNA Insurance Companies

CASE NUMBER CV-01-326

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| Joint Exh. 1 | | Continental Casualty Company Group LTD Policy issued to AMP, Inc. | 8/9/02 | 8/9/02 | ASM | Cheryl Sauerh[illegible] |
| Joint Exh. 2 | | Continental Casualty Company's final LTD claim determination dated 2/21/00 | 8/9/02 | 8/9/02 | ASM | Cheryl Sauerh[illegible] |
| Joint Exh. 3 | | Social Security Administration's 1/15/01 Notice of Award in favor of Joan Tesche | 8/9/02 | 8/9/02 | ASM | Joan Tesche |
| Plf. A | | 8/8/02 Deposition Transcript of Steven B. Wolf, M.D. | "TO BE FILED AT A LATER DATE!" | | | |
| | Deft.'s A | Continental Casualty Company's LTD Claim File for Joan Tesche - Administrative Claim | 8/9/02 | 8/9/02 | ASM | Joan Tesche |
| Plf. B | | Social Security Ruling 96-8p, dtd. 7/2/96 (West's Social Security Reporting Service 2001 Supp.) | 8/9/02 | 8/9/02 | ASM | By Counsel |

FILED
AUG 9 2002
PER ASM
HARRISBURG, PA DEPUTY CLERK