

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
JOAN D. TESCHE,                       :
        Plaintiff                     :
                                      :
        vs.                           :    CIVIL ACTION NO. 1:CV-01-0326
                                      :
CNA INSURANCE COMPANIES, and          :
CONTINENTAL CASUALTY COMPANY,
        Defendants                    :
```

O R D E R

AND NOW, this 12th day of August, 2002, a scheduling conference by telephone will be held at 8:30 am on Wednesday, August 21, 2002. Defendant shall arrange the conference call to (717) 221-3970.

William W. Caldwell
United States District Judge



AO 72A