UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
MINUTES OF CONFERENCE

Joan D. Tesche v. .
CNA Insurance Companies, et al.

CASE NO: 1:CV-01-0326

DATE: August 21, 2002

Hon. William W. Caldwell    presiding    in chambers    in    Harrisburg, PA
Nature of Hearing    Telephone Conference

Time Commenced    8:30 a.m.    Time Terminated    8:40 A.M.

PLAINTIFF:                APPEARANCES                DEFENDANT:
Bradford Dorrance, Esquire        Michael J. Burns, Esquire

☑ See Order

REMARKS: π - affidavit/opposition by 9/16/02.
Δ to respond by 9/23.

Continue remarks and notes on back.