

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE,                        :

      Plaintiff                  :

                                       :

      vs.                        :   CIVIL ACTION NO. 1:CV-01-0326

                                       :

CNA INSURANCE COMPANIES, and           :
CONTINENTAL CASUALTY COMPANY,
      Defendants                 :


O R D E R

AND NOW, this 3rd day of October 2002, it is Ordered that:

    1. Defendants' Motion to Preclude the Expert Testimony of Mark Lukas, filed August 2, 2002, is denied.

    2. Testimony from Mark Lukas will be received by the court on Wednesday, October 9, 2002, at 9:30 a.m.


                                      /s/ William W. Caldwell
                                      William W. Caldwell
                                      United States District Judge

FILED
OCT 3 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

AO 72A
(Rev.8/82)