IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHÉ,  :  Civil Action No. 1:CV-01-0326
      Plaintiff  :
  v.  :
  :
CNA INSURANCE COMPANIES, and  :
CONTINENTAL CASUALTY COMPANY,  :
  :
      Defendants  :  (Judge Caldwell)

**JOINT MOTION FOR SUBMISSION OF**
**EXPERT REPORTS AND DEPOSITION TESTIMONY**

1. By order dated October 3, 2002, the Honorable William W. Caldwell denied defendants' motion to preclude the expert testimony of Mark Lukas, and directed that Dr. Lukas's testimony would be received by the Court on October 9, 2002 at 9:30 a.m.

2. Counsel for the respective parties jointly request that the Court modify its October 3, 2002 order and establish a mutually agreeable timetable for submission of the parties' expert reports and trial depositions in that:

    (a) additional time is needed for defendants to retain a vocational expert and to produce his or her report;

    (b) each expert should be afforded 15 days in which to produce any supplemental report; and

10/07/2002 14:35 FAX 2155871699　　CPMY　　　　　　　　　　　　　　　　☒005
10/07/02  12:12   KEEFER WOOD ALLEN & RAHAL, LLP → 2155871699　　　　NO.975　P005/006

   (c) after exchanging all reports and supplemental reports, the parties can promptly take the trial depositions of their respective experts.

  **WHEREFORE**, the undersigned counsel respectfully request that the Court enter the proposed order accompanying this motion and grant such other relief as it deems appropriate.

            Respectfully submitted,

Dated: 10/7/02

            *Bradford Dorrance*
            Bradford Dorrance
            I. D. No. 32147
            KEEFER WOOD ALLEN & RAHAL, LLP
            210 Walnut Street
            P. O. Box 11963
            Harrisburg, PA  17108-1963
            (717) 255-8014

            (Attorneys for Plaintiff)

Date: 10/7/02

            Michael J. Burns, Esquire
            I.D. No. 62088
            CHRISTIE PARABUE MORTENSEN YOUNG
            1880 JFK Boulevard
            10th Floor
            Philadelphia, PA  19103-7424
            (215) 587-1629

            (Attorneys for Defendants)

10/07/2002 MON 13:10  [TX/RX NO 6965]

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document upon the person(s) and in the manner indicated below:

<u>First-Class Mail, Postage Prepaid
Addressed as Follows:</u>

Michael J. Burns, Esquire
CHRISTIE PARABUE MORTENSEN YOUNG
1880 JFK Boulevard
10th Floor
Philadelphia, PA   19103-7424

(Attorneys for Defendants)

Dated: 10/7/02

Bradford Dorrance