

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE,                      :

    Plaintiff                    :

                                     :

vs.                                  :    CIVIL ACTION NO. 1:CV-01-0326
                                     :

CNA INSURANCE COMPANIES, and         :
CONTINENTAL CASUALTY COMPANY,
    Defendants                   :



O R D E R

AND NOW, this 8th day of October, 2002, upon consideration of the parties' joint motion for submission of expert reports and testimony, it is Ordered that such motion is granted as follows:

    1. Within thirty (30) days of this order, defendant shall retain their vocational expert and produce his or her report and curriculum vitae.

    2. Within fifteen (15) days thereafter plaintiff and defendants shall produce any supplemental reports.

    3. Within fifteen (15) days after the parties exchange their reports and any supplemental reports, the parties shall take trial depositions of their respective experts, which shall not exceed thirty (30) minutes each.

    4. Within 30 days after the parties file deposition transcripts, counsel shall submit

AO 72A

their requests for findings of fact and conclusions of law. A brief not to exceed fifteen (15) pages may be filed if desired.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge