ORIGINAL

(59)
1-17-03
sc

FILED
HARRISBURG, PA

JAN 1 6 2003

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHE             :      CIVIL ACTION

vs.                    :

CNA INSURANCE COMPANIES and   :      NO. 1:CV-01-0326
CONTINENTAL CASUALTY COMPANY :      (William W. Caldwell, J.)

## DEFENDANTS REVISED TRIAL EXHIBIT LIST

**Joint Exhibits**

1.    Continental Casualty Company's Group LTD policy issued to AMP, Inc.;

2.    Continental Casualty Company's final LTD claim determination letter dated 2/21/00;

3.    Social Security Disability Administration 11/5/01 Notice of Award letter in favor of Joan Tesche;

**Defendants' Exhibits**

A.    Continental Casualty Company's LTD claim file for Joan Tesche (administrative record);

B.    Curriculum Vitae of George E. Parsons, Ph.D.;

C.    10/28/02 defense vocational expert report of George Parsons, Ph.D. (attached to his trial deposition transcript) ; and

D.    Transcript of the trial deposition of George Parsons, Ph.D. taken on December 20, 2002.

Christie, Pabarue, Mortensen & Young
A Professional Corporation

BY:    _____

Michael J. Burns, Esquire
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
215-587-1600

401626_1