IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN D. TESCHÉ, | : | Civil Action No. 1:CV-01-0326 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| CNA INSURANCE COMPANIES, and | : | |
| CONTINENTAL CASUALTY COMPANY, | : | |
| | : | |
| Defendants | : | (Judge Caldwell) |

FILED
HARRISBURG, PA
FEB 1 3 2003
MARY E. D'ANDREA, CLERK

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME
TO FILE POST-TRIAL BRIEF**

1.   By order dated October 8, 2002, the Honorable William W. Caldwell directed the parties to file proposed findings of fact and conclusions of law within 30 days after the submission of the deposition transcripts.

2.   Plaintiff requests a three-day enlargement of time in which to submit her proposed findings of fact and conclusions of law.

3.   As indicated by the attached certificate of concurrence, opposing counsel, Michael Burns, has no objection to the requested relief.

WHEREFORE, plaintiff respectfully requests that the Court enter the proposed order accompanying this motion and grant such other relief as it deems appropriate.

Respectfully submitted,

KEEFER WOOD ALLEN & RAHAL, LLP

Dated: 2/13/03      By: /s/ B. Dorrance
Bradford Dorrance
I. D. No. 32147
210 Walnut Street
P. O. Box 11963
Harrisburg, PA 17108-1963
(717) 255-8014

(Attorneys for Plaintiff)

## CERTIFICATE OF CONCURRENCE

I, Bradford Dorrance, counsel for plaintiff, hereby certify that on February 13, 2003, I spoke with Michael J. Burns, counsel for defendants, concerning the relief requested in the foregoing motion, and Mr. Burns indicated that he concurs in such motion.

Dated: 2/13/03

_____
Bradford Dorrance

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document upon the person(s) and in the manner indicated below:

<u>First-Class Mail, Postage Prepaid</u>
<u>Addressed as Follows:</u>

Michael J. Burns, Esquire
CHRISTIE PARABUE MORTENSEN YOUNG
1880 JFK Boulevard
10th Floor
Philadelphia, PA  19103-7424

(Attorneys for Defendants)

Dated: 2/13/03                       _____
                                      Bradford Dorrance