IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN D. TESCHÉ, | : |
| | : Civil Action No. 1:CV-01-0326 |
| Plaintiff | : |
| v. | : |
| | : |
| CNA INSURANCE COMPANIES, and | : |
| CONTINENTAL CASUALTY COMPANY, | : |
| | : |
| Defendants | : (Judge Caldwell) |

## ORDER

AND NOW, this 14 day of February, 2003, upon consideration of plaintiff's unopposed motion for additional time in which to file a post-trial brief, such motion is hereby granted, and plaintiff and defendant shall file their proposed findings of fact and conclusions of law no later than February 21, 2003.

BY THE COURT:

William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA

FEB 1 4 2003

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk