

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
JOAN D. TESCHÉ,                    :  Civil Action No. 1:CV-01-0326
                                   :
            Plaintiff              :
    v.                             :
                                   :
CNA INSURANCE COMPANIES, and       :
CONTINENTAL CASUALTY COMPANY,      :
                                   :
            Defendants             :  (Judge Caldwell)
```

**FILED
HARRISBURG, PA

FEB 21 2003

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk**

**PLAINTIFF'S REVISED TRIAL EXHIBIT LIST**

**JOINT EXHIBITS**

1. Continental Casualty Company's Group LTD policy issued to AMP, Inc.

2. Continental Casualty Company's final LTD claim determination letter dated 2/21/00.

3. Social Security Administration's 1/15/01 Notice of Award in favor of Joan Tesché.

**PLAINTIFF'S EXHIBITS**

A. August 8, 2002 trial deposition transcript of plaintiff's treating physician, Steven B. Wolf, M.D., with Wolf Exhibits 1, 2, and 3 (misidentified as Plaintiff's Trial Exhibit C in Bradford Dorrance's August 29, 2002 letter to the Clerk).

B. Social Security ruling 96-8p, dated 7/2/96 (West's Social Security Reporting Service 2001 Supp.).

C.  December 4, 2002 trial deposition transcript of plaintiff's vocational expert, Mark Lukas, Ed.D. (with Lukas Exhibits 1, 2, and 3).

Dated: 2/21/03

Bradford Dorrance
I.D. #32147
KEEFER WOOD ALLEN & RAHAL, LLP
210 Walnut Street
P. O. Box 11963
Harrisburg, PA  17108-1963
(717) 255-8014

(Attorneys for Plaintiff)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing document upon the person(s) and in the manner indicated below:

<u>First-Class Mail, Postage Prepaid
Addressed as Follows:</u>

Michael J. Burns, Esquire
CHRISTIE PARABUE MORTENSEN YOUNG
1880 JFK Boulevard
10th Floor
Philadelphia, PA  19103-7424

(Attorneys for Defendants)


Dated: 2/21/03                         _____
                                          Bradford Dorrance