AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Joan D. Tesche

          v.          CASE NUMBER: 1:CV-01-326

CNA Insurance Companies and Continental Casualty Company

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to the Non-Jury Trial held August 9, 2002, that judgment be and is hereby entered in favor of Defendants, CNA Insurance Companies and Continental Casualty Company and against Plaintiff, Joan D. Tesche.

Date: March 18, 2003          Mary E. D'Andrea, Clerk of Court

                                  */s/ Jill Cardile*
                                  (By) Jill Cardile, Deputy Clerk