

ORIGINAL
2 & cV

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHÉ,        :
                            :
           Plaintiff     :
    v.               :   Civil Action No. 1:CV-01-0326
                            :
CNA INSURANCE COMPANIES, and :
CONTINENTAL CASUALTY COMPANY, :
                            :
          Defendants    :   (Judge Caldwell)

FILED
HARRISBURG, PA

APR 0 1 2003

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

## MOTION FOR ADDITIONAL TIME IN WHICH
## TO SUBMIT ANY POST-TRIAL MOTION

    1.   By memorandum opinion and order, the Honorable William W. Caldwell denied plaintiff's claim for long-term disability benefits and directed the clerk of court to enter judgment in favor of defendants and against plaintiff.

    2.   Plaintiff requests a 10-day enlargement of time in which to file any post-trial motion in that:

    (a)  due to professional commitments, plaintiff's undersigned counsel has not had adequate time to determine whether there is any basis to file a post-trial motion; and

    (b)  on information and belief, opposing counsel, Michael Burns, has no objection to the requested relief.

**WHEREFORE**, plaintiff respectfully requests that the Court enter the accompanying, proposed order, and grant such other relief as it deems appropriate.

Respectfully submitted,

KEEFER WOOD ALLEN & RAHAL, LLP

Dated: 4/1/03

Bradford Dorrance
I. D. No. 32147
210 Walnut Street
P. O. Box 11963
Harrisburg, PA  17108-1963
(717) 255-8014

(Attorneys for Plaintiff)

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document upon the person(s) and in the manner indicated below:

First-Class Mail, Postage Prepaid
Addressed as Follows:

Michael J. Burns, Esquire
CHRISTIE PARABUE MORTENSEN YOUNG
1880 JFK Boulevard
10th Floor
Philadelphia, PA  19103-7424

(Attorneys for Defendants)

Dated: 4/1/03

Bradford Dorrance