## CERTIFICATE OF NONCONCURRENCE

I, Bradford Dorrance, counsel for plaintiff, hereby certify that on April 1, 2003, I attempted to call Michael J. Burns, counsel for defendants, concerning the relief requested in the foregoing motion, but was unable to reach Mr. Burns to determine whether he concurred or opposed the motion.


Dated: 4/1/03

Bradford Dorrance