IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN D. TESCHÉ, | : | |
| | : | Civil Action No. 1:CV-01-0326 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| CNA INSURANCE COMPANIES, and | : | |
| CONTINENTAL CASUALTY COMPANY, | : | |
| | : | |
| Defendants | : | (Judge Caldwell) |

**ORDER**

**AND NOW**, this ___ day of _____, 2003, upon
consideration of plaintiff's motion for additional time to file
any post-trial motion, such motion is hereby granted, and
plaintiff shall file any post-trial motion no later than April
11, 2003.

BY THE COURT:

_____
William W. Caldwell
United States District Judge