IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN D. TESCHÉ,          :
    Plaintiff

                    :

          v.          : CIVIL ACTION NO. 1:CV-01-0326

                    :

CNA INSURANCE COMPANIES, and
CONTINENTAL CASUALTY COMPANY,    :
    Defendants

O R D E R

AND NOW, this 2nd day of April, 2003, upon

consideration of Plaintiff's motion for additional time to file

post-trial motions, it is ordered that the motion is granted.

Plaintiff shall file her post-trial motions by April 11, 2003.

               s/ William W. Caldwell
               William W. Caldwell
               United States District Judge

**FILED**
**HARRISBURG, PA**

APR 2 2003

MARY E. D'ANDREA, CLERK
Per _____
               Deputy Clerk