*fee given*
*free pd.*

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN D. TESCHÉ, | : | NOTICE OF APPEAL |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 1:CV-01-0326 |
| | : | |
| CNA INSURANCE COMPANIES, and | : | |
| CONTINENTAL CASUALTY COMPANY, | : | |
| | : | |
| Defendants | : | (JUDGE CALDWELL) |

FILED
HARRISBURG, PA

APR 15 2003

MARY E. D'ANDREA, CLERK
Per _____

**NOTICE OF APPEAL**

　　　　Notice is hereby given that Joan D. Tesché, plaintiff
in the above-named case, hereby appeals to the United States
Court of Appeals for the Third Circuit from the final order
entered in this action by the Honorable William W. Caldwell on
the 18th day of March, 2003.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　KEEFER WOOD ALLEN & RAHAL, LLP

Dated: 4/15/03　　　　　　By: _Bradford Dorrance_____
　　　　　　　　　　　　　　Bradford Dorrance
　　　　　　　　　　　　　　I. D. No. 32147
　　　　　　　　　　　　　　210 Walnut Street
　　　　　　　　　　　　　　P. O. Box 11963
　　　　　　　　　　　　　　Harrisburg, PA　17108-1963
　　　　　　　　　　　　　　(717) 255-8014

　　　　　　　　　　　　　　(Attorneys for Plaintiff)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document upon the person(s) and in the manner indicated below:

<u>First-Class Mail, Postage Prepaid</u>
<u>Addressed as Follows:</u>

Michael J. Burns, Esquire
CHRISTIE PARABUE MORTENSEN YOUNG
1880 JFK Boulevard
10th Floor
Philadelphia, PA  19103-7424

(Attorneys for Defendants)

Dated: 4/15/03

Bradford Dorrance

Tue Apr 15 16:14:36 2003

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.    111 130551
Cashier        jill

Tender Type   CHECK

Check Number: 59865

Transaction Type   N

| DD Code | Div No | Acct |
|---------|--------|------|
| 4667 | 1 | 086900 |

Amount              $  105.00

KEEFER WOODS ALLEN 210 WALNUT ST. HR
G., PA 17101

FILING FEE FOR NOTICE OF APPEAL IN C
V-01-326

cn