**INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT**

**FOR THE  MIDDLE  DISTRICT  OF  PENNSYLVANIA**

**HARRISBURG, PA**

**CAPTION:**                                        **DISTRICT COURT NO.** __1:01-cv-326__

Joan D. Tesche                                    **CT. OF APPEALS NO.** _____
    **Vs**
CNA Insurance Companies and
    Continental Casualty Company

**NOTICE OF APPEAL FILED**          4/15/03     **COURT REPORTER(S)** _____

**FILING FEE:**

**NOTICE OF APPEAL** __X__ **PAID** ___**NOT PAID** ___**SEAMAN**

**DOCKET FEE** __X__ **PAID** ___**NOT PAID** ___**USA**

**CJA APPOINTMENT: (Attach Copy of Order)**

__ **PRIVATE ATTORNEY**
__ **DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER**
__ **MOTION PENDING**

**LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:**
    **(Attach Copy of Order)**
__ **MOTION GRANTED(IN FIRST INSTANCE)**
__ **MOTION DENIED (IN FIRST INSTANCE)**
__ **MOTION PENDING BEFORE DISTRICT JUDGE**

**CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):**
    **(Attach copy of Order)**
__ **GRANTED**
__ **DENIED**
__ **PENDING**

**COPIES TO:**
**Judge William W. Caldwell**
**Bradford Dorrance, Esquire**
**James A.Young, Esquire**
**Michael J. Burns, Esquire**
**File Copy**

**PREPARED BY** __Shawna L. Cihak__
                         **Deputy Clerk**

**Date: April 16, 2003**