UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

*MARY E. D'ANDREA*
*Clerk of Court*

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

**RE:**   **TESCHE v. CNA INS. CO. and CONTINENTAL CASUALTY CO.**
**USDC NO: 1:01-cv-326**
**USCA NO:**
**E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

| | |
|---|---|
| _____ | **Civil Prisoner Case: Case file and docket sheet available through RACER.** |
| _____ | **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.** |
| **  X  ** | **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.** |
| \_\_\_\_\_ | **Civil Prisoner Case: \_\_\_ Supplemental Record filed.  Documents and docket sheet available through RACER.** |
| \_\_\_\_\_ | **Non-Prisoner Civil Case or Criminal Case: \_\_\_ Supplemental Record filed.  Docket Sheet available through RACER.** |

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

**s/   Shawna L. Cihak**
Deputy Clerk

Date: April 16, 2003