# Return Receipt

| | |
|---|---|
| Your document: | Notice of Appeal 1:01-cv-326 |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 04/16/2003 03:29:08 PM |

FILED
HARRISBURG, PA

APR 1 6 2003

MARY E. D'ANDREA, CLERK

Per_____