OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

**Marcia M. Waldron**
**Clerk**

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Telephone**
**267-299-4958**

www.ca3.uscourts.gov

April 18, 2003

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG, PA

APR 2 3 2003

MARY E. D'ANDREA, CLERK
Per _____

Tesche v. CNA Ins Co

No(s): 01-cv-00326

(Honorable William W. Caldwell)

An appeal by **Joan D. Tesche** was filed in the
above-captioned case on 4/15/03, and docketed in this Court on 4/18/03,
at No. **03-2078**.

Kindly use the Appeals Docket No. **03-2078** when sending documents
in this matter to the Court of Appeals or requesting information
regarding this case.

Marcia M. Waldron
Clerk

By: Danielle R. Cherry
Case Manager