# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 03-2078

Teshe v. CNA Ins. Co.

FILED

MAY 1 9 2003

MARY E. D'ANDREA, CLERK
PER _____ HBG, PA DEPUTY CLERK

To:  Clerk

1)  Letter construed as Motion by Appellee to Amend Caption

---

The foregoing Motion is granted.  The caption will be amended to read as follows:

JOAN D. TESCHE,

      Appellant

   v.

CONTINENTAL CASUALTY COMPANY;
CNA INSURANCE COMPANIES


A TRUE COPY:

*Kathleen Brouwer*
**Kathleen Brouwer,**
**Chief Deputy Clerk**

For the Court,

*Marcia M. Waldron*

_____

Clerk


Dated: May 15, 2003
CRG/cc: BD
     MJB