UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

NO. 03-2078

---

JOAN D. TESCHÉ,
Appellant

v.

*CONTINENTAL CASUALTY COMPANY;
CNA INSURANCE COMPANIES

*(Amended in accordance with Clerk's Order dated 5/15/03)

---

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 01-cv-00326)
District Judge: Honorable William W. Caldwell

---

Submitted Under Third Circuit LAR 34.1(a)
March 22, 2004

Before: ROTH, AMBRO, AND CHERTOFF, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

---

This cause came on to be heard on the record from the United States District

Court for the Middle District of Pennsylvania. On consideration whereof, it is now here

    ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered on March 18, 2003 be, and the same is, hereby affirmed.

    Costs taxed against appellant. All of the above in accordance with the Opinion of the Court.

                                            ATTEST:

                                            *Marcia M. Waldron*
                                            Clerk

DATED: September 7, 2004

Certified as a true copy and issued in lieu
of a formal mandate on November 5, 2004

Teste:   *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**