OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4955 |

www.ca3.uscourts.gov

November 5, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 03-2078**
    **Tesche vs. CNA Ins Co**
    **D.C. No. 01-cv-00326**

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                        Very truly yours,
                                        MARCIA M. WALDRON
                                        Clerk

                                  By:   *Chanel R. Graham*
                                        Chanel R. Graham
                                        Case Manager

Enclosure
cc:
    Bradford Dorrance, Esq.
    Michael J. Burns, Esq.